IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ESTES EXPRESS LINES<br>3901 West Broad Street<br>Richmond, Virginia 23230 : | :<br>:<br>: CIVIL ACTION<br>: |
| Plaintiff : | NO. 1:06-CV-343 |
| v. : | |
| ICEY TEK USA LLC<br>1513 Edgemore Avenue<br>Salisbury, MD 21801-3311 : | :<br>:<br>: |
| Defendant : | |

## JUDGMENT BY DEFAULT PURSUANT TO RULE 55
## OF THE FEDERAL RULES OF CIVIL PROCEDURE

It appearing from the records in the above-entitled action that an Order of Default for want of answer or other defense was made on June 22, 2006, as to Defendant Icey Tek USA LLC. for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure; and it appearing that Defendant was properly served on April 7, 2006, therefore, it is this _____ day of __August__, 2006, by the United States District Court for the District of Maryland,

**ORDERED and ADJUDGED**, that Judgment by Default be entered in favor of Plaintiff Estes Express Lines against Defendant Icey Tek USA LLC for the sum of $_____, which includes costs of Court.

By: _____
William D. Quarles, Jr.
UNITED STATES DISTRICT JUDGE