# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ESTES EXPRESS LINES<br>3901 West Broad Street<br>Richmond, Virginia 23230<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ICEY TEK USA LLC<br>1513 Edgemore Avenue<br>Salisbury, MD 21801-3311<br><br>　　　　　　　　　　Defendant. | CIVIL ACTION<br><br>NO. 1:06-CV-343 |

## STATUS REPORT OF PLAINTIFF
## ESTES EXPRESS LINES

Plaintiff Estes Express Lines ("Estes"), pursuant to the Court's paperless Order dated August 14, 2006, hereby submits the following status report in this matter:

1.　　On February 10, 2006, Estes filed a Complaint in this Court seeking payment from Icey Tek for the outstanding balance of $53,780.26. The Complaint was properly served on Icey Tek's registered agent, B. Randall Coates, on April 7, 2006. Icey Tek failed to file a responsive pleading to the Complaint, and a Request for Entry of Default pursuant to Rule 55(a) was filed. The Court entered this Default on June 22, 2006.

2.　　On August 17, 2006, an Application for Entry of Default Judgment pursuant to Rule 55(b) was filed by counsel for Estes. Estes seeks $54,175.26, the total amount claimed of $53,780.26, plus costs of filing and service of the Complaint.

3. Estes requests that default judgment be entered in this matter by the Court pursuant to the Application and accompanying Affidavit of an Estes representative in the total amount of $54,175.26. No hearing is requested.

Respectfully submitted,

**OFFIT, KURMAN, YUMKAS
 & DENICK, PA**

By: _____/s/_____
Timothy C. Lynch, Esquire
Federal Bar No. 12764
8 Park Center Court, Suite 200
Owings Mills, MD  21117
Phone:  (410) 738-1500
Fax:  (301) 575-0335

<u>**Of Counsel**</u>
Kenneth J. Grunfeld, Esquire
**KEENAN COHEN & HOWARD P.C.**
One Commerce Square
2005 Market Street, Suite 3520
Philadelphia, PA  19103
Telephone: (215) 609-1110
Facsimile:  (215) 609-1117
E-mail:  kgrunfeld@freightlaw.net

*Attorneys for Plaintiff Estes Express Lines*

Dated: August 18, 2006

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ESTES EXPRESS LINES<br><br>        Plaintiff,<br><br>  v.<br><br>ICEY TEK USA LLC<br><br>        Defendant. | CIVIL ACTION<br><br>NO. 1:06-CV-343 |

**CERTIFICATE OF SERVICE**

  I, the undersigned counsel, hereby certify that on August 18, 2006, a true and correct copy of the foregoing Status Report of Plaintiff Estes Express Lines was served via U.S. first class mail, postage prepaid, upon the individual listed below:

    ICEY TEK USA LLC
    1513 Edgemore Avenue
    Salisbury, MD  21801-3311


        By: _____/s/_____
            Timothy C. Lynch, Esquire